# EXHIBIT 3

Case 3:24-cv-00080   Document 1-3   Filed on 03/22/24 in TXSD   Page 2 of 4

Filed
6/26/2023 9:50 AM
Dwight D. Sullivan
County Clerk
Galveston County, Texas

## AFFIDAVIT OF SERVICE

State of Texas     County of Galveston     County Court At Law No. 3 Court

Case Number: CV-0091351

Plaintiff:
**Allstar Stucco LLC d/b/a Allstar Stucco and Development**

vs.

Defendant:
**Richard Bryan Park, Bays Masonry Incorporated d.b.a PK Bays Masonry Constractors, and PK Masonry Contractors LLC**

For:
Russell Burwell III
Burwell Nebout Trial Lawyers

Received by Martin Jesse Miller Psc# 14157 Exp. 3/31/2024 on the 4th day of May, 2023 at 2:00 pm to be served on **Bays Masonry Incorporated D/B/A Pk Bays Masonry Contractors, 1413 Robinwood Drive, Fort Worth, Tarrant County, TX 76111**.

I, Martin Jesse Miller Psc# 14157 Exp. 3/31/2024, being duly sworn, depose and say that on the **17th day of May, 2023** at **4:50 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Citation, Plaintiff's Original Petition, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, Exhibit H** with the date and hour of service endorsed thereon by me, to: **Billie Kay Dixon as Registered Agent** at the address of: **1413 Robinwood Drive, Fort Worth, Tarrant County, TX 76111**, who stated they are authorized to accept service for **Bays Masonry Incorporated D/B/A Pk Bays Masonry Contractors**, and informed said person of the contents therein, in compliance with state statutes.

I am not a party to this case nor am I related to, employed by, or otherwise connected to **other than having been retained to serve process in this case** any party or any party's attorney in this case; and I have no interest in the outcome of this lawsuit.
   I am over the age of eighteen (18) years of age. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude.

Subscribed and Sworn to before me on the 18th day of May, 2023 by the affiant who is personally known to me.

Sandra Gray
NOTARY PUBLIC

SANDRA GRAY
Notary Public, State of Texas
Comm. Expires 01-17-2027
Notary ID 125926024

Martin Jesse Miller Psc# 14157 Exp. 3/31/2024
Process Server

Bay Oaks Process, LLP
PO Box 5703
Pasadena, TX 77508
(281) 815-0191

Our Job Serial Number: BYO-2023001406

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1w

DOCKET NO. CV-0091351
County Court at Law No. 3

Allstar Stucco LLC d/b/a Allstar Stucco and Development

vs.

Richard Bryan Park, Bays Masonry Incorporated d/b/a PK Bays Masonry Contractors and PK Masonry Contractors, LLC

THE STATE OF TEXAS
COUNTY OF GALVESTON

TO: Bays Masonry Incorporated d/b/a PK Bays Masonry Contractors – may be served by serving:

Registered Agent: Billie Kay Dixon
1413 Robinwood Dr.
Fort Worth, TX 76111

GREETING:

You have been sued. You may employ an attorney. **If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**

Said written answer may be filed by mailing same to: Galveston County Clerk's Office, 600 59th Street, Suite 2001, Galveston, Texas 77551-4180. The case is presently before Honorable Jack Ewing, County Court at Law No. 3 of Galveston County, at the Galveston County Justice Center in Galveston, Texas.

SAID PLAINTIFF'S ORIGINAL PETITION WAS FILED ON MARCH 14, 2023, under DOCKET NO. CV-0091351, with the style of the cause being: Allstar Stucco LLC d/b/a Allstar Stucco and Development vs. Richard Bryan Park, Bays Masonry Incorporated d/b/a PK Bays Masonry Contractors and PK Masonry Contractors, LLC.
The name and address of the plaintiff or the attorney of record is: Russell G Burwell, III, 565 N Egret Bay Blvd League City TX 77573. A copy of Plaintiff's Original Petition together with case information statement accompany this citation and are made a part hereof.

If this citation is not served, it shall be returned unserved.

ISSUED UNDER MY HAND AND SEAL OF OFFICE, at Galveston, Texas, on this, the 31st day of March, 2023.



Dwight D. Sullivan, Galveston County Clerk
County Court at Law No. 3
Galveston County, Texas

By    /s/  *Angela Sanders*    Deputy
       Angela Sanders

============================================================================
OFFICER'S OR AUTHORIZED PERSON'S RETURN
Came to hand on the ____ day of _____, 20__ at ____ o'clock __.M., and executed in _____ County, Texas by delivering to each of the with named person a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the Plaintiff's Original Petition, at the following times and places, to-wit:

| Name | Date | Time | Place |
|------|------|------|-------|
|      |      |      |       |
|      |      |      |       |

FEES – Serving                          Name of Officer or Authorized Person

AMOUNT $_____          _____ County, Texas

                                    By _____ Deputy
Authorized Person's Verification:
    On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
    Sworn to and subscribed before me on this, the _____ day of _____, 20___.
                        Notary's Name Printed: _____
Notary Public
In and For the State of Texas    Commission Expires: _____

AFFIDAVIT ATTACHED

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kimberly Mulcahey on behalf of Russell Burwell III
Bar No. 783768
kimberly@burwellnebout.com
Envelope ID: 76944253
Filing Code Description: No Fee Documents
Filing Description: Return of Service - Bays Masonry
Status as of 6/26/2023 10:43 AM CST

Associated Case Party: Allstar Stucco LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Russell G. Burwell | 783768 | russ3@burwellnebout.com | 6/26/2023 9:50:32 AM | SENT |
| Kimberly Mulcahey | | kimberly@burwellnebout.com | 6/26/2023 9:50:32 AM | SENT |