# EXHIBIT 4

Filed
3/01/2024 10:38 AM
Dwight D. Sullivan
County Clerk
Galveston County, Texas

## AFFIDAVIT OF SERVICE

| Case:<br>CV-0091351 | County:<br>GALVESTON |
|---|---|
| Plaintiff / Petitioner:<br>ALLSTAR STUCCO LLC d/b/a ALLSTAR STUCCO AND DEVELOPMENT | Defendant / Respondent:<br>RICHARD BRYAN PARK, BAYS MASONARY INCORPORATED d/b/a PK BAYS MASONARY CONTRACTORS and PK MASONARY CONTRACTORS, LLC. |
| Received by:<br>THUNDER ENTERPRISES | For: |
| To be served upon:<br>RICHARD BRYAN PARK | |

I, Landon Sylvester, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  RICHARD BRYAN PARK, 7713 SOUTH CHESTNUT AVENUE, BROKEN ARROW, OK 74011

Manner of Service:      Personal/Individual, Feb 27, 2024

Documents:        CITATION; CASE INFORMATION STATEMENT; PLAINITFF'S ORIGINAL PETITION

Additional Comments:
1) Successful Attempt: Feb 27, 2024 at 7713 SOUTH CHESTNUT AVENUE, BROKEN ARROW, OK 74011 received by RICHARD BRYAN PARK.

_____      02/29/2024

Landon Sylvester          **Date**
PSS-2023-30

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____

**Notary Public**

O2 29 2024

**Date**          **SEAL**

KIRILL GROMOV
Notary Public, State of Oklahoma
Commission # 22000629
My Commission Expires 01-13-2026

CITATION

DOCKET NO. CV-0091351

County Court at Law No. 3

Allstar Stucco LLC d/b/a Allstar Stucco and Development

vs.

Richard Bryan Park, Bays Masonry Incorporated d/b/a PK Bays Masonry Contractors and PK Masonry
Contractors, LLC

THE STATE OF TEXAS
COUNTY OF GALVESTON

TO:    Richard Bryan Park - is an individual who may be served at:

10006 S. Braden Ave
Tulsa, OK 74137

GREETING:

You have been sued. You may employ an attorney. **If you or your attorney do not file a written
answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the
expiration of twenty days after the date you were served this citation and petition, a default
judgment may be taken against you. In addition to filing a written answer with the clerk, you may be
required to make initial disclosures to the other parties of this suit. These disclosures generally
must be made no later than 30 days after you file your answer with the clerk. Find out more at
TexasLawHelp.org.**

Said written answer may be filed by mailing same to: Galveston County Clerk's Office, 600 59th
Street, Suite 2001, Galveston, Texas 77551-4180. The case is presently before Honorable Jack Ewing,
County Court at Law No. 3 of Galveston County, at the Galveston County Justice Center in Galveston,
Texas.

SAID PLAINTIFF'S ORIGINAL PETITION WAS FILED ON MARCH 14, 2023, under DOCKET NO. CV-0091351,
with the style of the cause being: Allstar Stucco LLC d/b/a Allstar Stucco and Development vs.
Richard Bryan Park, Bays Masonry Incorporated d/b/a PK Bays Masonry Contractors and PK Masonry
Contractors, LLC.
The name and address of the plaintiff or the attorney of record is: Russell G Burwell, III, 565 N
Egret Bay Blvd League City TX  77573. A copy of Plaintiff's Original Petition together with case
information statement accompany this citation and are made a part hereof.

If this citation is not served, it shall be returned unserved.

ISSUED UNDER MY HAND AND SEAL OF OFFICE, at Galveston, Texas, on this, the 31st day of March,
2023.



Dwight D. Sullivan, Galveston County Clerk
County Court at Law No. 3
Galveston County, Texas

By ____/s/ *Angela Sanders*____ Deputy
Angela Sanders

======================================================================================

OFFICER'S OR AUTHORIZED PERSON'S RETURN
Came to hand on the __11__ day of __November__, 20_23_ at __10__ o'clock _A_.M., and executed in
__Tulsa__ County, _OK_. by delivering to each of the with named person a true copy of this
Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct
copy of the Plaintiff's Original Petition, at the following times and places, to-wit:

| Name | Date | Time | Place |
|---|---|---|---|
| Richard Park | 2/27/24 | 8:10 PM | 7713 S Chestnut Ave, Broken Arrow OK |

FEES - Serving

AMOUNT $_____

Name of Officer or Authorized Person  7611

__Tulsa__ County, _Oklahoma_

By _____ PSC-23 30

Authorized Person's Verification:
On this day personally appeared_____, known to me to be the person
whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that
this citation was executed by him/her in the exact manner recited on the return.
Sworn to and subscribed before me on this, the _____ day of _____, 20___.

_____
Notary Public
In and For the State of Texas

Notary's Name Printed: _____

Commission Expires: _____

KIRILL GROMOV
Notary Public, State of Oklahoma
Commission # 22000629
My Commission Expires 01-13-2026