# **EXHIBIT 5**

Filed
2/1/2024 10:38 AM
Dwight D. Sullivan
County Clerk
Galveston County, Texas

# AFFIDAVIT OF SERVICE

| Case:<br>CV-0091351 | County:<br>GALVESTON |
|---|---|
| Plaintiff / Petitioner:<br>ALLSTAR STUCCO LLC d/b/a ALLSTAR STUCCO AND DEVELOPMENT | Defendant / Respondent:<br>RICHARD BRYAN PARK, BAYS MASONARY INCORPORATED d/b/a PK BAYS MASONARY CONTRACTORS and PK MASONARY CONTRACTORS, LLC. |
| Received by:<br>THUNDER ENTERPRISES | For: |
| To be served upon:<br>PK MASONARY CONTRACTORS, LLC. | |

I, Landon Sylvester, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** PK MASONARY CONTRACTORS, LLC., 7713 South Chestnut Avenue, Broken Arrow, OK 74011
**Manner of Service:** Corporation, Feb 27, 2024
**Documents:** CITATION; CASE INFORMATION STATEMENT; PLAINITFF'S ORIGINAL PETITION

**Additional Comments:**
Successful Attempt: Feb 27, 2024 at 7713 South Chestnut Avenue, Broken Arrow, OK 74011 received by PK MASONARY CONTRACTORS, LLC..
USUAL PLACE OF Business:

By leaving a copy of said process for: PK MASONARY CONTRACTORS, LLC.
at : 7713 South Chestnut Avenue Broken Arrow, OK 74011
with: Richard Park, Authorized Service Agent
Date: 2/27/24

_____   02/29/2024
Landon Sylvester                 Date
PSS-2023-30

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

02 29 2024
Date             SEAL

KIRILL GROMOV
Notary Public, State of Oklahoma
Commission # 22000629
My Commission Expires 01-13-2026

CITATION

DOCKET NO. CV-0091351

County Court at Law No. 3

Allstar Stucco LLC d/b/a Allstar Stucco and Development

vs.

Richard Bryan Park, Bays Masonry Incorporated d/b/a PK Bays Masonry Contractors and PK Masonry Contractors, LLC

THE STATE OF TEXAS
COUNTY OF GALVESTON

TO:   PK Masonry Contractors, LLC - is an individual who may be served at:

Registered Agent: Richard Bryan Park
1502 W. 37th Pl
Tulsa, OK 74107

GREETING:

You have been sued. You may employ an attorney. **If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after the date you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**

Said written answer may be filed by mailing same to: Galveston County Clerk's Office, 600 59th Street, Suite 2001, Galveston, Texas 77551-4180. The case is presently before Honorable Jack Ewing, County Court at Law No. 3 of Galveston County, at the Galveston County Justice Center in Galveston, Texas.

SAID PLAINTIFF'S ORIGINAL PETITION WAS FILED ON MARCH 14, 2023, under DOCKET NO. CV-0091351, with the style of the cause being: Allstar Stucco LLC d/b/a Allstar Stucco and Development vs. Richard Bryan Park, Bays Masonry Incorporated d/b/a PK Bays Masonry Contractors and PK Masonry Contractors, LLC.
The name and address of the plaintiff or the attorney of record is: Russell G Burwell, III, 565 N Egret Bay Blvd League City TX 77573. A copy of Plaintiff's Original Petition together with case information statement accompany this citation and are made a part hereof.

If this citation is not served, it shall be returned unserved.

ISSUED UNDER MY HAND AND SEAL OF OFFICE, at Galveston, Texas, on this, the 31st day of March, 2023.



Dwight D. Sullivan, Galveston County Clerk
County Court at Law No. 3
Galveston County, Texas

By   /s/ Angela Sanders   Deputy
     Angela Sanders

==========================================================================
OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the 11 day of November, 2023 at 10 o'clock A.M., and executed in Tulsa County, OK by delivering to each of the with named person a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying true and correct copy of the Plaintiff's Original Petition, at the following times and places, to-wit:

| Name | Date | Time | Place |
|---|---|---|---|
| Richard Park | 2/27/24 | 8:10 PM | 7713 S Chestnut Ave, Broken Arrow OK 74011 |

FEES - Serving          Name of Officer or Authorized Person
AMOUNT $ _____        _____ Tulsa _____ County, Oklahoma

By _____  PSL-23-30

Authorized Person's Verification:
On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
Sworn to and subscribed before me on this, the ____ day of _____, 20___.

_____     Notary's Name Printed: _____
Notary Public
In and For the State of Texas    Commission Expires:

KIRILL GROMOV
Notary Public, State of Oklahoma
Commission # 22000629
My Commission Expires 01-13-2026