IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ALLSTAR STUCCO LLC D/B/A ALLSTAR STUCCO AND DEVELOPMENT<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD BRYAN PARK, BAYS MASONRY INCORPORATED D/B/A PK BAYS MASONRY CONTRACTORS, AND PK MASONRY CONTRACTORS, LLC,<br><br>　　　　Defendants. | Case No. 3:24-cv-00080 |

## RULE 7.1 DISCLOSURE STATEMENT OF RICHARD BRYAN PARK

Defendant Richard Bryan Park, by and through his undersigned counsel of record, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's July 11, 2024 Order (Doc. 38), respectfully submits the following disclosure statement:

1. Defendant Richard Bryan Park is an individual person.

2. Defendant Richard Bryan Park is currently a citizen of Oklahoma.

3. Defendant Richard Bryan Park was a citizen of Oklahoma at the time this action was filed in Texas state court and at the time this action was removed to federal court.

Dated: July 12, 2024

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/John T. Richer*
John T. Richer, attorney-in-charge
Texas Bar No. 24068531
S.D. Tex. Bar No. 2339198
521 East 2nd Street, Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
jricher@hallestill.com

**ATTORNEYS FOR DEFENDANTS RICHARD BRYAN PARK AND PK MASONRY CONTRACTORS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2024, a true and correct copy of the above and foregoing instrument was served electronically on the parties below using the Court's CM/ECF filing system.

Russell G. Burwell III

**ATTORNEY FOR PLAINTIFF**

Tracy L. King

**ATTORNEY FOR DEFENDANT,
BAYS MASONRY, INCORPORATED**

/s/ John T. Richer
John T. Richer

20420993.1:013896.00001